

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00911-CR

Kevin **DIXON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6291
Honorable Mark R. Luitjen, Judge Presiding

**ORDER**

In accordance with this Court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 16, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court